UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
KATZ,

                      Plaintiff(s),

      -against-

EATALY USA,

                      Defendant(s).
---------------------------------------------------------X

**NOTICE OF COURT CONFERENCE**

12 civ 5002 (JGK)

To All Parties,

    You are directed to appear for a pretrial conference, to be held on **Wednesday, September 5, 2012** in Courtroom 12B, at 4:30pm in front of the Honorable John G. Koeltl.

    **All requests for adjournments must be made in writing to the Court.**

    For any further information, please contact the Court at (212) 805-0107.

                                                       Don Fletcher
                                              Courtroom Case Manager

Dated: New York, New York
         July 6, 2012

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/6/2012
```